# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ANTHONY CROSBY

**L FILED**
2-13-08
FEB 1 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

**MAGISTRATE JUDGE VALDEZ**

CASE NUMBER:

# 08CR 0128

I, Larry Lapp, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 12, 2008__ in __Kane__ county, in the __Northern__ District of __Illinois__ defendant ANTHONY CROSBY did

by force and violence, and intimidation, take from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the West Suburban Bank, 101 North Lake Street, Aurora, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__                    .

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is
<span style="font-size:small">Official Title</span>

based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:  _X_ Yes       ___No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__February 13, 2008__          at    __Chicago, Illinois__
Date                                          City and State

Maria Valdez, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

State of Illinois                    )
                                     ) SS
County of Cook                       )

## AFFIDAVIT

I, Larry Lapp, being first duly sworn on oath, depose and state as follows:

## INTRODUCTION

1.    I am a federal law enforcement officer employed as a Special Agent of the Federal Bureau

      of Investigation (FBI). I have been employed by the FBI for eight years. I am currently

      assigned to the West Resident Agency of the Chicago Division, where I am responsible

      for the investigation of federal offenses involving violent crimes, including the offense of

      bank robbery. I have been involved in multiple bank robbery investigations.

2.    The statements contained in this affidavit are based on my investigation, information

      provided to me by FBI agents and other law enforcement agents who participated in this

      investigation, and on my experience and training as an FBI Agent. The information

      below is provided for the limited purpose of establishing probable cause that, on or about

      February 12, 2008, defendant ANTHONY CROSBY did, by force and violence, and

      intimidation, take from the person and presence of others, money belonging to and in the

      care, custody, control, management, and possession, of the West Suburban Bank, 101

      North Lake Street, Aurora, Illinois, the deposits of which were then insured by the

      Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States

      Code, Section 2113(a).

3.    Because the information set forth below is for the limited purpose of establishing

-1-

probable cause in support of a criminal complaint, I have not included all the facts of which I am aware related to this investigation. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part and are not verbatim.

### BACKGROUND OF INVESTIGATION

4.   On February 12, 2008 at approximately 4:54 p.m., a black male (hereinafter "the Suspect") entered the West Suburban Bank, located at 101 North Lake Street, Aurora, Illinois and approached the teller counter. The Suspect presented a bank teller (hereinafter "Teller A") with a bank robbery demand note, which read "I got gun an bomb g give me the money." The Suspect then stated, "Someone wrote this. I don't know what's going on." After reading the note, Teller A grabbed his computer mouse, at which time the Suspect said, "Don't be doing that. Just give me the money." The suspect then repeated several times, "Don't want to hurt anyone."

5.   The Suspect then removed a white plastic bag, having red lettering, from his left pocket and slid the bag across the counter to Teller A. The Suspect further instructed Teller A, "I need you to hurry up. Give me the real money." Teller A opened his/her teller drawer and began removing money and placing the money into the plastic bag. When Teller A skipped over a $500 banded stack of $5 bills, the Suspect said, "Give me that," referring to the banded stack of $5 bills.

6.   Teller A provided the Suspect with United States currency. After Teller A placed the money into the plastic bag, the Suspect motioned for Teller A to give the bag back to him. The Suspect then turned from the teller counter and exited the bank carrying the plastic bag.

7.    A teller audit provided by the bank showed a loss of $1747.00 as a result of the robbery.

8.    At the time of the February 12, 2008 bank robbery, West Suburban Bank was insured by the Federal Deposit Insurance Corporation (FDIC).

9.    At the same time Teller A had been filling the plastic bag with money, a bank employee (hereinafter "Witness A") was walking in the area behind the teller line, near Teller A. Witness A observed Teller A placing money into the plastic bag and realized that the Suspect was robbing the bank. Witness A then began observing the Suspect as he exited the bank. As the suspect fled on foot, Witness A notified another bank employee (hereinafter Witness B) of the robbery and instructed Witness B to assist in watching the Suspect as he fled outside the bank.

10.    Witnesses to the robbery described the Suspect as a black male, 5'10" - 6'1", having a medium build and wearing a black knit cap and a navy blue snow suit.

11.    Once the Suspect exited the bank, bank employees placed a telephone call to the Aurora Police Department (APD) to report the robbery. Witness A spoke to 911 dispatchers and relayed information regarding the Suspect's description and direction in which he was fleeing from the bank. Through Witness A and Witness B, information was provided to the APD that the Suspect was fleeing westbound from the bank on New York Street.

12.    After responding to the bank robbery, an APD officer walked the path of the Suspect as described by Witness B. While walking westbound on New York Street near the intersection of Wilder Street, the APD officer located the bank robbery demand note, which was written on a torn sheet of lined notebook paper. Following the recovery of the demand note, Teller A positively identified the demand note as being the same note

-3-

provided to him by the Suspect at the time of the robbery.

### Identification of ANTHONY CROSBY

13.    At approximately 5:01 p.m., APD officers in the area of the bank were traveling

southbound on Wilder Street (located 1 block west of the bank), when they observed a

black male walking in the street, wearing a black knit cap, blue snow suit, and carrying a

white plastic bag under his arm. The APD officers stopped the male, who was later

identified as ANTHONY CROSBY, on Wilder Street, between Spruce Street and Cedar

Street in Aurora (located within 2 blocks of the bank.)

14.    The plastic bag in CROSBY's possession was found to contain $1,647 in U.S. currency,

which included a $500 banded stack of $5 bills, as described by Teller A as being

provided to the Suspect during the bank robbery.

15.    Within approximately twenty minutes of the robbery occurring, APD officers transported

Teller A to the location on Wilder Street where CROSBY had been detained. Upon

viewing CROSBY, Teller A positively identified CROSBY as being the Suspect who had

robbed the West Suburban Bank.

16.    Within approximately forty-five minutes of the robbery, APD officers transported

Witness B to the location on Wilder Street where CROSBY had been detained. Upon

viewing CROSBY, Witness B positively identified CROSBY as being the Suspect he/she

had observed fleeing from the West Suburban Bank robbery.

17.    Within approximately fifty-five minutes of the robbery occurring, APD officers

transported Witness A to the location on Wilder Street where CROSBY had been

detained. Upon viewing CROSBY, Witness A positively identified CROSBY as being

the Suspect he/she had observed committing the robbery at West Suburban Bank.

## CONCLUSION

18.    Based on the foregoing, your affiant respectfully submits that there is probable cause to

believe that, on or about February 12, 2008, defendant ANTHONY CROSBY did, by

force and violence, and intimidation, take from the person and the presence of others,

money belonging to and in the care, custody, control, management, and possession, of the

West Suburban Bank, 101 North Lake Street, Aurora, Illinois, the deposits of which were

then insured by the Federal Deposit Corporation (FDIC), in violation of Title 18, United

States Code, Section 2113(a).

FURTHER, AFFIANT SAYETH NOT.


Special Agent Larry Lapp
Federal Bureau of Investigation


Sworn to before me and subscribed in my presence
this 13th day of February, 2008

Maria Valdez
United States Magistrate Judge