## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 128 | DATE | 2/13/2008 |
| CASE TITLE | USA vs. Anthony Crosby | | |

**DOCKET ENTRY TEXT**

Initial Appearance held on 2/13/2008 as to Anthony Crosby. Defendant informed of his rights. Defendant appears to the arrest on 2/12/08. Donna Hickstein-Foley is given leave to file appearance on behalf of defendant. Defendant having waive detention hearing. Therefore, Government's motion to detain defendant is withdrawn. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:04

| | U.S. DISTRICT COURT  2008 FEB 14 AM 11:41 | Courtroom Deputy Initials: | yp |
|---|---|---|---|