U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

U.S. v. Anthony Crosby                              08 CR 128

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anthony Crosby

FILED
2-13-08
FEB 13 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| NAME (Type or print) | Donna Hickstein-Foley |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Donna Hickstein-Foley |
| FIRM | |
| STREET ADDRESS | 9644 So. Hamilton |
| CITY/STATE/ZIP | Chicago, Ill. 60643-1631 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6312660 | TELEPHONE NUMBER 773-881-3800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☒