FILED
MAR 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JUDGE SHADUR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   08 CR 128 |
| | ) | |
| vs. | ) | Violation: Title 18, United States |
| | ) | Code, Section 2113(a) |
| | ) | |
| ANTHONY CROSBY | ) | **INFORMATION** |

**COUNT ONE**

MAGISTRATE JUDGE VALDEZ

The UNITED STATES ATTORNEY charges:

On or about February 12, 2008, at Aurora, in the Northern District of Illinois, Eastern Division,

ANTHONY CROSBY,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of bank employees approximately $1,747.00 in United States Currency belonging to and in the care, custody, control, management, and possession of West Suburban Bank, 101 N. Lake St., Aurora, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

_Patrick J. Fitzgerald_
UNITED STATES ATTORNEY