# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 128 | **DATE** | 3/14/2008 |
| **CASE TITLE** | USA vs. Anthony Crosby | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives Indictment. Plea of not guilty entered. LR 16.1 to be completed by March 21, 2008. Defense motions are due March 28, 2008. Government's response is due April 4, 2008. A status hearing is set for April 18, 2008 at 1:15 p.m. This Court finds that the time from today through April 18, 2008 is excludable under 18:3161(h)(1) and the Tibboel case. (XE)

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SN |
|---|---|---|