*HHN*

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF ___ ILLINOIS, EASTERN DIVISION ___

UNITED STATES OF AMERICA

v.                                    **WAIVER OF INDICTMENT**

ANTHONY CROSBY                        **CASE NUMBER**: 08 CR 128

I, ___ Anthony Crosby _____, the above named defendant, who is accused of

taking, by force and violence, and intimidation, from the person and the presence of others, money belonging

to and in the care, custody, control, management, and possession, of the West Suburban Bank, 101 North

Lake Street, Aurora, Illinois, the deposits of which were then insured by the Federal Deposit Insurance

Corporation, in violation of Title 18, United States Code, Section 2113(a),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on __ 03 | 14 | 08 _____ prosecution by indictment and consent that the proceeding may be by

information rather than by indictment.

X _____
Anthony Crosby

_____
Donna Hickstein-Foley

Before _____
The Honorable Milton I. Shadur
United States District Court Judge