IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 08 CR 128 |
| ) | |
| ANTHONY CROSBY, ) | Honorable Milton Shadur, |
| ) | Judge Presiding. |
| Defendant. ) | |

**DEFENDANT'S EX PARTE MOTION TO
APPOINT ISAAC RAY FORENSIC GROUP
TO PERFORM DIMINISHED CAPACITY EVALUATION**

Now comes the Defendant, ANTHONY CROSBY, by his attorney, Donna Hickstein-Foley, and pursuant to 18 U.S.C. §3006A(e)(1) moves this Honorable Court to appoint Isaac Ray Forensic Group to conduct an evaluation to determine whether the mitigating sentencing factor of diminished capacity may be argued here. In support thereof, it is stated:

1. Defendant is scheduled to enter a plea of guilty to one count of bank robbery on Friday, April 18, 2008 before this Court.

2. Based on Counsel's investigation into this matter, which includes but is not limited to documented statements from Government's witnesses as well as several discussions regarding this matter with Dr. Lisa Sworonski of Isaac Ray, Counsel believes that further review in the form of a diminished capacity evaluation is merited here. Should the Court require further information, Counsel is prepared to discuss this matter in greater detail following the entry of the change of plea. In requesting this evaluation, Counsel's concerns do not go to competency, the

existence of which this Counsel has no doubt.

3. Isaac Ray Forensic Group advises Counsel that such an evaluation will cost approximately $5,000 depending on the volume of material to review. Since the discovery in this matter is not extensive, Counsel believes this sum will be the approximate cost involved.

4. The Court found the Defendant indigent on February 18, 2008 in docket no. 3.

4. Defendant's request is made pursuant to 18 U.S.C. §3006A(e)(1), which requires the Court to find the services requested to be necessary for adequate representation and the defendant to be financially unable to obtain them.

          Respectfully submitted,

          ss// Donna Hickstein-Foley
          Attorney for the Defendant

Donna Hickstein-Foley
9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800