IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
| )  | |
| Plaintiff,  )  | |
| )  | |
| vs.  )  | 08 CR 128 |
| )  | |
| ANTHONY CROSBY,  )  | Honorable Milton Shadur, |
| )  | Judge Presiding. |
| Defendant.  )  | |

### NOTICE OF EX PARTE MOTION

To:   Maureen Merin
      Assistant U.S. Attorney
      219 South Dearborn
      Chicago, IL 60604

    Please take notice that on Friday, April 18, 2008 at 1:15 p.m., I shall appear before the Honorable Milton Shadur in Courtroom 2303 in the Northern District of Illinois and present Defendant's *Ex Parte* Motion for Diminished Capacity Evaluation following a previously scheduled Change of Plea Hearing, for your information.

                                           ss// Donna Hickstein-Foley
                                           Attorney for Defendant

Donna Hickstein-Foley
9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800

### CERTIFICATE OF COURTESY SERVICE

    Donna Hickstein-Foley, an attorney, certifies the Defendant's *Ex Parte* Motion was served as a courtesy on the Government on Tuesday, April 15, 2008 by electronic service.

                                           ss// Donna Hickstein-Foley