IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 CR 128 |
| | ) | |
| ANTHONY CROSBY, | ) | Honorable Milton Shadur, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

**EX PARTE MOTION FOR APPOINTMENT OF INVESTIGATOR
TO ASSIST COUNSEL IN PREPARATION OF
SENTENCING HEARING**

Now comes the Defendant, ANTHONY CROSBY, by his attorney, Donna Hickstein-Foley, and moves this Honorable Court to appoint Robert Swanson as an investigator in this matter for purposes of sentencing. In support thereof, it is stated:

1. Defendant is scheduled to enter a change of plea on Friday, April 18, 2008 to one count of bank robbery before this Court.

2. Following the change of plea hearing, Defendant has requested an *ex parte* motion for a diminished capacity evaluation. The motion for an investigator is in support of the diminished capacity evaluation request to assist Counsel in obtaining certain background information regarding the Defendant.

3. The Court found the Defendant indigent on February 18, 2008 in docket no. 3.

4. Defendant's request is made pursuant to 18 U.S.C. §3006A(e)(1), which requires the Court to find the services requested to be necessary for adequate

representation and the defendant to be financially unable to obtain them.

                                                Respectfully submitted,

                                                ss// Donna Hickstein-Foley
                                                Attorney for the Defendant

Donna Hickstein-Foley
9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800