IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | 08 CR 128 | |
| | ) | | |
| ANTHONY CROSBY, | ) | Honorable Milton Shadur, | |
| | ) | Judge Presiding. | |
| Defendant. | ) | | |

## NOTICE OF EX PARTE MOTION

To: Maureen Merin
Assistant U.S. Attorney
219 South Dearborn
Chicago, IL 60604

Please take notice that on Friday, April 18, 2008 at 1:15 p.m., I shall appear before the Honorable Milton Shadur in Courtroom 2303 in the Northern District of Illinois and present Defendant's *Ex Parte* Motion for Investigator Appointment following a previously scheduled Change of Plea Hearing, for your information.

ss// Donna Hickstein-Foley
Attorney for Defendant

Donna Hickstein-Foley
9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800

## CERTIFICATE OF COURTESY SERVICE

Donna Hickstein-Foley, an attorney, certifies the Defendant's *Ex Parte* Motion was served as a courtesy on the Government on Tuesday, April 15, 2008 by electronic service.

ss// Donna Hickstein-Foley