# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 128 | **DATE** | 4/18/2008 |
| **CASE TITLE** |  | USA vs. Anthony Crosby | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant enters a plea of guilty to the criminal information. Plea accepted. Judgment of guilty entered. Order presentence investigation report. Sentencing is set for June 27, 2008 at 1:15 p.m.

Docketing to mail notices.

00:50

| | Courtroom Deputy Initials: | SN |
|---|---|---|

Case 1:08-cr-00128     Document 14     Filed 04/18/2008     Page 1 of 1

08CR128 USA vs. Anthony Crosby                                                                                   Page 1 of 1