IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CR 128 |
| ) | |
| ANTHONY CROSBY, ) | Honorable Milton Shadur, |
| ) | Judge Presiding. |
| Defendant. ) | |

**ORDER**

This matter having previously come before this Court on Defendant's motion for a Diminished Capacity Evaluation and this Court having appointed Isaac Ray Forensic Group, LLC for this purpose, IT IS HEREBY FURTHER ORDERED that the U.S. Marshal Service is directed to bring ANTHONY CROSBY, U.S.M. No. 40057-424 from the Jerome Combs Detention Center, 3050 Justice Way, Kankakee IL on May 5, 2008 in time for a 9:30 a.m. appointment to Isaac Ray Forensic Group located at 77 East Adams Street, Chicago, IL 60604. The Marshals are further directed to take the Defendant to the driveway located on the south side of the street, directly across from 72 East Adams Street (next to Au Bon Pain), *but not to enter it, waiting on the street instead.* The driveway is just west of the awning entranceway to Russian Tea Time. The cross streets are Wabash and Michigan Avenue. *Prior to entering the driveway,* the marshals are further directed to call building security at 312 427 7684 to inform of their arrival. Within several minutes (while Isaac Ray is called and goes to the garage), security will open the garage door; the garage door will be locked behind the transport vehicle so the transport is uninterrupted. Marshals will be met for *personal escort (please do not allow Defendant to exit*

*the vehicle until met by Isaac Ray Forensic Group staff), per building regulations,* by the central elevator, located just inside the garage. Parking for transport vehicles is available at North and South Grant Park, the entrance to which is on Michigan Avenue (after leaving the building, head west on [one-way] Adams, north on Wabash, east on Monroe and south on Michigan, passing by Adams to reach the garage entrance). The Isaac Ray Forensic Group will pay parking costs. However, *transport officers must obtain a garage receipt* to submit for reimbursement. *Please bring a lunch for the Defendant*, as he will spend a full day undergoing evaluation. For questions, please reach the Isaac Ray Forensic Group at 312 212 9500.

_____
Judge Milton Shadur

April 18, 2008
Date

Order Prepared by:

Donna Hickstein-Foley
9644 South Hamilton
Chicago, IL 60643-1631
773 881 3800
Attorney for the Defendant