## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 128 - 1 | **DATE** | 4/18/2008 |
| **CASE TITLE** | USA vs. Anthony Crosby | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for appointment of investigator is entered and continued. (12-1) Defendant's motion for appointment of diminished capacity evaluation is granted. Enter Order. It is ordered that the U. S. Marshal Service is directed to bring Anthony Crosby #40057-424 from the Jerome Combs Detention Center on May 1, 2008 in time for a 9:30 a.m. appointment to Isaac Ray Forensic Group located at 77 East Adams Street, Chicago, IL 60604.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SN |
|---|---|---|