IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
      vs.                                )      No. 08 CR 128
                                         )
ANTHONY CROSBY,                          )      Honorable Milton Shadur,
                                         )      Judge Presiding.
            Defendant.                   )

**DEFENDANT'S MOTION TO FILE**
**HIS SUPPLEMENTAL EX PARTE MOTION**
**TO APPOINT AN INVESTIGATOR UNDER SEAL**
**PURSUANT TO LOCAL RULE 8**

Now comes the Defendant, ANTHONY CROSBY, by his attorney, Donna Hickstein-Foley, and moves this Honorable Court to allow him to file a supplemental ex parte motion to appoint an investigator under seal pursuant to local rule 8. In support thereof, it is stated:

1.     On May 10, 2008, Defendant filed *ex parte* a supplemental motion to his motion to appoint an investigator to help prepare for sentencing. Defendant filed said supplemental motion *ex parte* pursuant to pursuant to 18 U.S.C. §3006A(e)(1).

2.     Counsel for Defendant consulted the Clerk's Office and was advised that *ex parte* motions must be filed under seal.

Wherefore, Defendant requests to file his *ex parte* supplemental motion to the ***Criminal***

***Justice Act*** appointment of an investigator under seal.

Respectfully submitted,


ss// Donna Hickstein-Foley
Attorney for the Defendant


Donna Hickstein-Foley
9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800