IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CR 128 |
| ) | |
| ANTHONY CROSBY, ) | Honorable Milton Shadur, |
| ) | Judge Presiding. |
| Defendant. ) | |

**NOTICE OF FILING**

To: Maureen Merin
Assistant U.S. Attorney
219 South Dearborn
Chicago, IL 60604

    Please take notice that on Friday, May 30, 2008 at 9:15 a.m., I shall appear before the Honorable Milton Shadur in Courtroom 2303 of the Northern District and present the Defendant's Motion to file his *Ex Parte* Supplemental Motion for the Appointment of an Investigator, at which time you may wish to appear.

                                       ss// Donna Hickstein-Foley
                                       Attorney for the Defendant

9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800

**CERTIFICATE OF SERVICE**

    Donna Hickstein-Foley, an attorney, certifies she served the aforementioned motion by electronic service on Friday, May 23, 2008.

                                       ss// Donna Hickstein-Foley