IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 128 |
| | ) | |
| ANTHONY CROSBY, | ) | Honorable Milton Shadur, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION TO
ORDER PROBATION TO COPY HIS CRIMINAL
HISTORY REPORTS FOR PURPOSES OF
SENTENCING PREPARATION**

Now comes the Defendant, ANTHONY CROSBY, by his attorney, Donna Hickstein-Foley, and moves this Honorable Court by agreement of the parties to order Probation to copy the criminal history reports in its file and provide these to the Defendant.  In support thereof, it is stated:

1. Defendant has pled guilty to one count of bank robbery and his sentencing hearing is scheduled for July 21, 2008.

2. Copies of Defendant's prior criminal history records are necessary for his Counsel's preparation and also have been requested by Isaac Ray for completion of its evaluation for diminished capacity.  For that purpose, the Court already has granted Counsel's request to appoint an investigator to serve subpoenaes to obtain these reports.

3. During a recent discussion with Probation, Counsel has learned the assigned

Probation Officer is in receipt of certain of the criminal history reports desired by

Counsel.  However, Probation's policy prohibits the officer from copying said

reports without a court order.

4.    Since access to Probation's copies will expedite the parties preparation as well as

possibly eliminate or greatly limit the expense of the investigator in serving

subpoenaes to obtain records, Counsel requests a minute order to allow Probation

to copy the criminal history records of Defendant and provide them to Counsel.

5.    Counsel for Defendant has conferred with the Government regarding this request

and will copy any and all reports for the Government's preparation in sentencing.

This is an agreed motion.  Probation does not oppose this request but only

requests that a court order be provided.

Wherefore, Defendant requests the Court issue an order for Probation to copy the

criminal history reports in its file and provide them to his counsel.

Respectfully submitted,


ss// Donna Hickstein-Foley
Attorney for the Defendant

9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800