IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CR 128 |
| | ) | |
| ANTHONY CROSBY, | ) | Honorable Milton Shadur, |
| | ) | Judge Presiding. |
| Defendant. | ) | |

### NOTICE OF AGREED MOTION

To:   Maureen Merin                    Zak Freeze
      Assistant U.S. Attorney          U.S. Probation
      219 South Dearborn               55 East Monroe
      Chicago, IL 60604                Chicago, IL 60603

Please take notice that on Wednesday, June 4, 2008 at 9:15 a.m., I shall appear before the Honorable Milton Shadur in Courtroom 2303 of the Northern District and present the Defendant's Agreed Motion Requiring Probation to copy Defendant's Criminal History Reports, at which time you may wish to appear.

ss// Donna Hickstein-Foley
Attorney for the Defendant

9644 South Hamilton Avenue
Chicago, IL 60643-1631
773 881 3800

### CERTIFICATE OF SERVICE

Donna Hickstein-Foley, an attorney, certifies she served the aforementioned motion by electronic service on Friday, May 30, 2008.

ss// Donna Hickstein-Foley