UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                Case No.: 1:08−cr−00128
                                                          Honorable Milton I. Shadur

Anthony Crosby

                                 Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry as to Anthony Crosby before the Honorable Milton I. Shadur: At counsel's request the Sentencing is reset for 7/21/2008 at 01:15 PM. Mailed notice (srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.